IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **TODD McCAIN,** *individually and on behalf of all others similarly situated* <br><br> **v.** <br><br> **MARY MAHONEY'S, INC., ET AL.** | NO. 1:24-CV-00241-LG-BWR |

### ORDER GRANTING MOTION TO WITHDRAW ONE ATTORNEY OF RECORD

Having considered the [81] Motion to Withdraw One Attorney of Record for Quality Poultry & Seafood, Inc. ("QPS"), and considering that QPS continues to be represented by two counsel of record and that all parties and the client have received notice of the same, the Court finds that the [81] Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [81] Motion to Withdraw One Attorney of Record for Quality Poultry & Seafood, Inc. is **GRANTED**. Andrea L. Miller shall be **WITHDRAWN** as counsel of record for QPS, which remains represented by William P. Gibbens (of the law firm of Schonekas, Evans, McGoey, & McEachin, LLC) and Wayne Hengen (of the law firm Hengen & Hengen).

**SO ORDERED AND ADJUDGED** this the 1st day of August, 2025.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge