**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**TODD McCAIN, individually and on behalf of all other similarly situated** **PLAINTIFF**

**v.** **CAUSE NO. 1:24CV241-LG-BWR**

**MARY MAHONEY'S, INC., d/b/a Mary Mahoney's Old French House; ANTHONY C. CVITANOVICH; QUALITY POULTRY & SEAFOOD, INC.; JAMES W. GUNKEL; TODD A. ROSETTI; and DOE DEFENDANTS 1–10** **DEFENDANTS**

## FINAL JUDGMENT

For the reasons set forth in the [72] Memorandum Opinion and Order entered on June 10, 2025, and reiterated in the Memorandum Opinion and Order entered herewith, this Court finds that the plaintiff's claims against the defendants should be dismissed for lack of standing.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**SO ORDERED AND ADJUDGED** this the 15th day of November, 2025.

s/ Louis Guirola, Jr.

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE