# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 14, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60663   McCain v. Mary Mahoney's
                USDC No. 1:24-CV-241

The court has granted the motion to file Appellee's brief out of
time in this case.

Additionally, the court has granted an extension of time to and
including April 27, 2026 for filing appellee's brief in this case.

           Sincerely,

           LYLE W. CAYCE, Clerk

           *Christy Combel*

           By: _____
           Christy M. Combel, Deputy Clerk
           504-310-7651

Mr. Gerald Moses Abdalla Jr.
Mr. Harvey Sylvanous Bartlett III
Mr. Michael Flynn Cavanaugh
Mr. Joey D. Dumas
Mr. William P. Gibbens
Mr. Wayne L. Hengen
Ms. Emily Hickman
Mr. Tim C. Holleman
Mr. Joseph M. Hollomon
Mr. Arthur S. Johnston III
Mr. Matthew Ward McDade
Mr. Patrick Shaw McGoey
Mr. Joe Sam Owen
Mr. James Michael Priest Jr.
Mr. Bryan Carl Sawyers
Ms. Andrea V. Timpa