# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 16, 2026
Thomas B. Plunkett, III
Clerk

No. 25-60663

TODD MCCAIN, *individually and on behalf of all others similarly situated*,

*Plaintiff—Appellant*,

*versus*

MARY MAHONEY'S, INCORPORATED, *doing business as* MARY MAHONEY'S OLD FRENCH HOUSE; ANTHONY C. CVITANOVICH; QUALITY POULTRY & SEAFOOD, INCORPORATED; JAMES W. GUNKEL; TODD A. ROSETTI; DOES 1-10,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CV-241

## JUDGMENT

Before CAROLYN DINEEN KING, JERRY E. SMITH, and IRMA CARRILLO RAMIREZ, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the District Court's dismissal under Rule 12(b)(1) is REVERSED, the denial of leave to amend

VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellee pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(b). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Nov 06, 2026**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**